

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00248-CV

**IN RE BURGE-MARTINEZ CONSULTING INC.**, Gibran Talamas, and State Farm Mutual
Automobile Insurance Company

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: August 30, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On March 17, 2023, relators filed a petition for writ of mandamus complaining of the trial

court's order overruling assertions of privilege ordering relators to produce certain documents. On

March 23, 2023, relators filed a motion requesting we stay the trial court's order compelling

production of the documents and all trial court proceedings in the underlying case pending

resolution of this mandamus proceeding.

On April 14, 2023, we granted relators' motion for stay, and we requested a response from

respondent and real parties in interest. On July 28, 2023, relator and real parties in interest filed a

joint motion that stated the parties have reached an agreement to resolve the issues in this original

---

[1]This proceeding arises out of Cause No. 2022-CI-05467, styled *Qadar Khil Selab and Sakhi Jan Dawar Jans v. Burge-Martinez Consulting, Inc., and Gibran Talamas*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

proceeding and requested we abate this mandamus proceeding while the parties finalized their agreement. On August 8, 2023, this court granted the motion and abated this proceeding. On August 16, 2023, relators and real parties in interest filed a joint motion to dismiss this mandamus proceeding as moot pursuant to their agreement and because the trial court vacated the order relators complain of in their petition for writ of mandamus. Accordingly, we reinstate this mandamus proceeding, grant the joint motion to dismiss, and dismiss the mandamus proceeding as moot.

PER CURIAM